**Order entered September 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01516-CR
No. 05-12-01517-CR

**KELLY MACK LAMBETH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80060-2012, 219-80495-2012**

## ORDER

The Court **REINSTATES** the appeals.

On September 9, 2013, we granted the motion of Tim Avery to withdraw as appellant's attorney and ordered the trial court to appoint new counsel to represent appellant in the appeals. We have received the trial court's order appointing Hunter Biederman to represent appellant.

We **DIRECT** the Clerk to list Hunter Biederman as appellant's appointed attorney of record in these appeals.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

/s/     DAVID EVANS
        JUSTICE